An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGORY JAMES BENNETT,
Appellant,
vs.
WARDENS JACK PALMER; AND LISA
WALSH,
Respondents.

No. 62185

**FILED**

JUN 11 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant's motion to voluntarily dismiss this appeal is granted. Accordingly, this appeal is hereby dismissed, with the parties to bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:   Hon. James E. Wilson, District Judge
      Gregory James Bennett
      Attorney General/Carson City
      Carson City Clerk

13-17008